# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Khaim Khaimov

Plaintiff

v.

Karolina Zeretsky, Marvin Silver, Joy Bartscher, Pedro Bahamone, Don Larson and Janet Zander

Defendants

Case No. Civil 00-2403 RHK/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's objections to the Report and Recommendation are overruled. The Report and Recommendation is adopted. Plaintiff's complaint is dismissed, for lack of subject matter jurisdiction. Plaintiff's applications to proceed without prepayment of fees are denied. Plaintiff is required to pay the unpaid balance of the court filing fee. This action is dismissed without prejudice. The motion for a temporary restraining order is denied.

DATE: December 28, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk