# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Khaim Khaimov

Plaintiff

v.

Karolina Zeretsky, Marvin Silver,
Joy Bartscher, Pedro Bahamone,
Don Larson and Janet Zander

Defendants

Case No. Civil 00-2403 RHK/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's objections to the Report and Recommendation are overruled. The Report and Recommendation is adopted. Plaintiff's complaint is dismissed, for lack of subject matter jurisdiction.

DATE: December 28, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk