UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KHAIMOV KHAIM,

Plaintiff-Appellant,

v.

KAROLINA ZERETSKY, MARVIN SILVER, JOY BARTSCHER, PEDRO BAHAMONE, DAN LARSON and JANET ZANDER,

Defendant-Respondents.

Civil No. 00-2403 (RHK/JGL)

**ORDER**

By order dated February 8, 2001, the Court of Appeals remanded this matter to the District Court for the purpose of calculating and collecting the initial partial filing fee, if any, that Plaintiff must pay for his appeal. (See 28 U.S.C. § 1915(b)(1).) This cannot be done, however, unless Plaintiff submits a new application seeking to proceed in forma pauperis, ("IFP"), on appeal. That application must include financial information, certified by an authorized prison official, showing the average monthly balance of Plaintiff's prison trust account during the immediately preceding six-month period, as well as the average monthly deposits for the same period of time. 28 U.S.C. § 1915(a)(2) and (b)(1).

Plaintiff's new IFP application must be filed with the Court within thirty (30) days after the date of this order. The Court will review that application and then determine whether the appeal is taken in good faith as required by 28 U.S.C. § 1915(a)(3), and if so, the amount, if any, that Plaintiff will be required to pay as an initial appellate partial filing fee. If Plaintiff does not submit a new, fully completed, IFP application within the time allowed, IFP status on appeal will be denied, and he will be required to pay the full filing fee for his appeal.

FILED FEB 0 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Based upon the foregoing, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that within thirty (30) days after the date of this order Plaintiff shall file a new IFP application, which shall include the financial information required by 28 U.S.C. § 1915(a)(2) and (b)(1), failing which he will be denied IFP status on appeal.

Dated: February 9, 2001

RICHARD H. KYLE
United States District Court Judge